AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Leslie Berndl and
Jim and Terri Moses

V.

Menu Foods, Inc,
Menu Foods Income
Funds, and Menu
Midwest Corporation.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Menu Foods, Inc,
9130 Griffith Morgan Lane
Pennsauken, NJ 08110
856-662-7412

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Ferrara Law Firm, LLC
Michael A. Ferrara, Jr
601 Longwood Avenue
Cherry Hill, NJ 08034.

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                  4/3/07
_____          _____
CLERK                                                                                         DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4.5.07   3:26 pm |
| NAME OF SERVER (PRINT) Hanan Ben Hayon | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Menu Foods Inc   9130 Griffith Morgan Lane   Pensauken NJ 08110
John Haney Controller

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4.5.07
Date

Signature of Server

2009 Morris Ave Union NJ 07083
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.