Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Income Funds,
and Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LESLIE BERNDL and JIM and TERRI MOSES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS INC., MENU FOODS INCOME FUND, and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.:  07-cv-1553 (NLH)<br><br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that the undersigned attorneys for the moving party defendants

– Menu Foods, Inc., Menu Foods Income Funds, and Menu Foods Midwest Corporation, shall

move before the Honorable Noel L. Hillman of the United States District Court for the District of

New Jersey sitting in Camden, New Jersey on Friday, May 18, 2007 at 9 a.m. or as soon

thereafter as counsel may be heard for an Order staying this litigation pending the ruling by the

Judicial Panel on Multidistrict Litigation (MDL) with respect to four (4) Motions to Transfer and

Consolidate numerous Class Action Complaints, which applications are presently scheduled for

Hearing before the MDL Panel on May 31, 2007 at the United States Courthouse in Las Vegas,

{F:\wdox\docs\004005\00001\01566833.DOC; 1}

Dockets.Justia.com

Nevada. In the alternative, the moving parties seek an extension of time to file a responsive

pleading to the plaintiff's Complaint until 30 days after the decision by the MDL Panel with

respect to the pending Motions to Transfer and Consolidate.

  In support of the pending Motion, the moving party shall rely upon the Certification of

Counsel, as well as the attached Memorandum of Law. Oral Argument is respectfully requested.

          Respectfully submitted,
          HILL WALLACK LLP

            *Gerard H Hanson*

       BY:_____

           Gerard H. Hanson